STATE OF NEW JERSEY v. WARREN CLARK.

October 16, 1973. Petition for certification granted.

ROVA FARMS RESORT, INC., v.
INVESTORS INSURANCE CO. OF AMERICA.

October 16, 1973. Petition for certification granted. (See
.124 *N. J. Super.* 248)

LOUISE DAVID v.
EMPLOYERS MUTUAL INSURANCE CO. OF WAUSAU.

October 16, 1973. Petition for certification denied. (See
124 *N. J. Super.* 377)

ALLEN WASTE, INC. v. CITY OF ELIZABETH AND ALLEN
WASTE, INC., v. BOARD OF ADJUSTMENT OF CITY OF
ELIZABETH.

October 16, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM JAMES FITZMAURICE.

October 16, 1973. Petition for certification denied.